**EXHIBIT "A"**

## CONSENT TO SUE

I, Candace Slaven, am a former employee of the Defendants in this action. I hereby consent to be a Plaintiff in this action and understand that I have claims under the Fair Labor Standards Act and the New York Labor Law, including, but not limited to, violations of the minimum wage and overtime laws, against the Defendants.

*Candace Slaven*
CANDACE SLAVEN

Date:  Feb. 13.2025